UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

PAMELA GRIFFIN                                                   CIVIL ACTION NO. 08-0152
DAVID GRIFFIN

VS.                                                                            JUDGE DOHERTY

AMERICAN STATES INS. CO.                                 MAGISTRATE JUDGE METHVIN
REEVES DEVELOPMENT L.L.C.
ROGER S. VERRETT
GOVERNMENT EMPLOYEES INS. CO.
 aka Geico

*JURISDICTIONAL AMOUNT REVIEW*

This diversity case was removed from a local state court pursuant to 28 U.S.C. § 1332. As required by a standing order of this court, the undersigned has reviewed the record to determine whether the required jurisdictional amount has been established.

The state court petition alleges as follows: On February 19, 2007, plaintiff Pamela Griffin was driving on U.S. Highway 90 behind an 18-wheeler owned by Reeves Development L.L.C. and driven by Roger Verrett; suddenly, metal forms began falling off the back of the 18-wheeler; plaintiff avoided seven of the metal forms, however one hit the front of her vehicle; as a result of the collision, plaintiff suffered injuries to her back, neck, and shoulders; that plaintiff David Griffin suffered loss of consortium; and the plaintiffs requested a trial by jury by indicating that the claims exceed $50,000. At the time of removal, plaintiff Pamela Griffin's medical expenses were at least $14,000, and plaintiff's counsel indicated to defense counsel that plaintiffs seek in excess of $75,000 in damages.

Considering the foregoing, the undersigned concludes that the required jurisdictional amount has been established, and no further briefing is required.

Signed at Lafayette, Louisiana, on March 18, 2008.

Mildred E. Methvin
United States Magistrate Judge